UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JUL 26 2012
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

CLAIRE J. KAY, an individual, and
CLAYMORE CONSTRUCTION CO., a
Michigan Corporation,

    Plaintiffs

v.

UNITED OF OMAHA LIFE INSURANCE
COMPANY, a Nebraska Corporation,

    Defendant.

Case No. 5:09-cv-11887
Hon. John Corbett O'Meara
Magistrate Judge: Michael J. Hluchaniuk

8:12mc82

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: _____ Deputy

## JUDGMENT IN A CIVIL CASE

This action having come for trial before the Court and a jury, and the matter having been duly tried, the jury having duly rendered its verdict for Plaintiffs,

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of Plaintiffs and against Defendant,

IT IS FURTHER ORDERED that Plaintiffs are entitled to judgments in the following amounts:

(1)      $2,000,000.00, plus interest in the amount of $737,753.37 as of May 18, 2012 (plus $657.53 per diem thereafter) pursuant to MCL 500.2006(4); and

(2)      Reasonable costs and attorney fees in the amount of $349,616.29, plus pre-judgment interest in the amount of $32,827.28 as of May 18, 2012 (plus $21.65 per diem thereafter) and post-judgment interest pursuant to 28 U.S.C. 1961.

_____
DISTRICT COURT JUDGE

Dated: July 26, 2012