IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLAIRE J. KAY, an individual, and CLAYMORE CONSTRUCTION, CO., a Michigan corporation, | ) ) ) ) | CASE NO. 8:12-mc-82 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **INDEX OF EVIDENCE IN SUPPORT OF MOTION TO STRIKE PURPORTED REGISTERED JUDGMENT** |
| UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska corporation, | ) ) ) ) | |
| Defendant. | ) | |

COMES NOW the Defendant, United of Omaha Life Insurance Company ("United"), and submits the following evidence in support of its Motion to Strike Purported Registered Judgment:

Exhibit 1:     Declaration of James E. Brenner.

Exhibit 1(A):  Judgment.

Exhibit 1(B):  Motion to Stay Execution of Judgment.

Exhibit 1(C):  Defendant's Notice of Appeal.

Exhibit 1(D):  Plaintiffs' Notice of Cross-Appeal.

1

Dated this 6th day of September, 2012.

                        UNITED OF OMAHA LIFE
                        INSURANCE COMPANY, Defendant

By:   /s/ Timothy J. Thalken
       Timothy J. Thalken, #22173
       FRASER STRYKER PC LLO
       500 Energy Plaza
       409 South 17th Street
       Omaha, NE 68102
       402-341-6000
       tthalken@fraserstryker.com
       ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically with the United States District Court for the District of Nebraska on September 6, 2012, using the CM/ECF system, and that a true and correct copy of the above and foregoing was sent by the undersigned on September 6, 2012, by regular United States mail, postage prepaid, to the following:

Jeffrey B. Morganroth
Jeffrey M. Thomson
Mayer Morganroth
MORGANROTH, MORGANROTH LAW FIRM
344 North Old Woodward Avenue, Suite 200
Birmingham, MI 48009
ATTORNEYS FOR PLAINTIFFS

James E. Brenner
Todd J. Skowronski
CLARK HILL LAW FIRM-DETROIT
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

                                          /s/ Timothy J. Thalken

658576