UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLAIRE J. KAY, an individual, and
CLAYMORE CONSTRUCTION CO., a
Michigan Corporation,

        Plaintiffs

v.

UNITED OF OMAHA LIFE INSURANCE
COMPANY, a Nebraska Corporation,

        Defendant.

Case No. 5:09-cv-11887
Hon. John Corbett O'Meara
Magistrate Judge: Michael J. Hluchaniuk

_____/

## NOTICE OF CROSS-APPEAL

Notice is hereby given that Plaintiffs, Claire J. Kay and Claymore Construction Co., by and through their attorneys, Morganroth & Morganroth, PLLC, appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment dated July 26, 2012 (Docket No. 124).

        Respectfully submitted,

        MORGANROTH & MORGANROTH, PLLC

        By: /s/ Mayer Morganroth
        MAYER MORGANROTH (P17966)
        JEFFREY B. MORGANROTH (P41670)
        JEFFREY M. THOMSON (P72202)
        Attorneys for Plaintiffs
        344 N. Old Woodward Ave., Suite 200
        Birmingham, MI 48009
        (248) 864-4000

Dated: September 5, 2012

1

**EXHIBIT D**

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants who have registered to receive electronic filings in connection with the above-captioned matter.

                                     MORGANROTH & MORGANROTH, PLLC

                                     By: /s/ Mayer Morganroth
                                     MAYER MORGANROTH (P17966)
                                     Morganroth & Morganroth, PLLC
                                     E-mail: mmorganroth@morganrothlaw.com

2