IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLAIRE J. KAY, an individual, and CLAYMORE CONSTRUCTION, CO., a Michigan corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY, a Nebraska corporation,<br><br>　　　　　Defendant. | CASE NO. 8:12-cv-315<br><br><br><br><br>**ORDER** |

　　　This matter is before the Court on the Defendant's motion to strike the judgment registered in this case on August 29, 2012 (Filing No. 1).  Being fully advised in the premises, the Court finds that the registration of the judgment in this case does not comply with 28 U.S.C. § 1963 because: (1) the judgment entered by the United States District Court for the Eastern District of Michigan in the underlying matter has not become final by appeal and (2) the United States District Court for the Eastern District of Michigan has not entered an order allowing registration of the judgment in this Court.  Accordingly, the Defendant's motion to strike (Filing No. 3) is granted.  The Clerk is directed to strike the judgment (Filing No. 1) from the public record of the Court and the judgment shall not be treated as a judgment in this district.  It is further ordered that this case is now dismissed.

　　　It is so ordered.

　　　Dated October 22, 2012.

　　　　　　　　　　　　　　　　　　　　　　_s/ Joseph F. Bataillon_____
　　　　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

662031

1